# UNITED STATES DISTRICT COURT
## for the
## Central District of Illinois

Airlyn Powell )
Plaintiff )
  )
vs. )  Case Number: 4:15-cv-4013
  )
Officer Nicholas Pauley, Officer Jonathan Cary )
Officer Ryan Derudder, City of Rock Island )
Defendants )

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** The Court grants Plaintiff's Motion to Dismiss against Defendants Pauley, Cary, and DeRudder pursuant to Federal Rule of Civil Procedure 41(a)(2).

**Dated:** 3/9/2018

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court